# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

Eric Woullard,

        Defendant.

CASE NO. 2:25-PO-00069

MAGISTRATE JUDGE JOLSON

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

s/Kimberly A. Jolson

**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

8/25/2025

**DATE**